# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE M. VIDALES; MANUEL V VIDALES,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 1:16-cv-01231-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 22) |

On August 2, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 22.) All parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **August 3, 2017**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1